SWIFT AND COMPANY v. ERWIN SMIGEL, *ETC.*

October 5, 1971. Petition for Certification granted. (See 115 *N. J. Super.* 391).

HOUSING AUTHORITY OF THE CITY OF EAST ORANGE v. FLORENCE LEFF, *ET AL.* v. METRO MOTORS, INC.

October 5, 1971. Petition for Certification denied.

WILLIAM DEBOLD, *ET AL.* v. TOWNSHIP OF MONROE, *ET AL.*

October 5, 1971. Petition for Certification denied. (See 114 *N. J. Super.* 502).